```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 06745
    EVELYN V THOMAS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5405

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/23/2004 and was confirmed 05/14/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  65.20% from remaining funds.

    The case was dismissed after confirmation 12/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
LASALLE NATIONAL BANK    MORTGAGE ARRE    6973.06              .00         6973.06
EMC MORTGAGE             NOTICE ONLY      NOT FILED            .00             .00
EMC MORTGAGE CORPORATION NOTICE ONLY      NOT FILED            .00             .00
LASALLE NATIONAL BANK    CURRENT MORTG         .00             .00             .00
AT&T BROADBAND           UNSECURED        NOT FILED            .00             .00
AT & T BROADBAND         NOTICE ONLY      NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED            .00             .00
B-LINE/CROSS COUNTRY     UNSECURED        2567.88              .00          187.55
ARROW FINANCIAL/PROVIDIA UNSECURED        NOT FILED            .00             .00
FORD MOTOR CREDIT        UNSECURED        NOT FILED            .00             .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED            .00             .00
NICOR GAS                UNSECURED        1753.43              .00          128.06
WESTLAKE COMMUNITY HOSPI UNSECURED        NOT FILED            .00             .00
WESTLAKE HOSPITAL        NOTICE ONLY      NOT FILED            .00             .00
LASALLE NATIONAL BANK    COST OF COLLE     750.00              .00          750.00
JENNIFER A BLANC DOUGE   DEBTOR ATTY     3,202.50                          3,202.50
TOM VAUGHN               TRUSTEE                                             633.83
DEBTOR REFUND            REFUND                                                 .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             11,875.00

PRIORITY                                           .00
SECURED                                       7,723.06
UNSECURED                                       315.61
ADMINISTRATIVE                                3,202.50
TRUSTEE COMPENSATION                            633.83
DEBTOR REFUND                                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 06745 EVELYN V THOMAS
```

```
                               ---------------      ---------------
TOTALS                              11,875.00            11,875.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```